

THE HONORABLE ROBERT J. BRYAN

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LEXI FOSTER and VERGEL WORRELL, <br><br> Plaintiffs, <br><br> v. <br><br> WOODCREEK PEDIATRICS, P.L.L.C., HENRY REITZUG, M.D., individually and the marital community thereof with JANE DOE REITZUG, DIANA GARINO, individually and the marital community thereof with JOHN DOE GARINO, ERIN CLARK, individually and the marital community with JOHN DOE CLARK, and DOES 1-10 inclusive, <br><br> Defendants. | NO. C07-5318-RJB <br><br> STIPULATION AND ORDER FOR BINDING, NON-APPEALABLE ARBITRATION |

## STIPULATION

Plaintiffs Lexi Foster and Vergel Worrell, by and through their attorneys, Davies Pearson and Nigel S. Malden, and defendants Woodcreek Pediatrics, LLC, Henry Reitzug, M.D., individually and the marital community thereof with "Jane Doe" Reitzug,

STIPULATION AND ORDER FOR BINDING,
NON-APPEALABLE ARBITRATION
Page 1 of 4
cad s:\1 xxxx\174xx\17442\1\plead\stip & ord arb.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052



07-CV-05318-ORD

1  and Erin Clark, individually and the marital community with "John Doe" Clark, by and
2  through their attorneys, Vandeberg Johnson & Gandara and H. Andrew Saller, Jr., in
3  accordance with Fed. R. Civ. Pro. 39.1 and RCW 7.04A, et. seq. stipulate that all issues,
4  factual, legal and equitable, in this case shall be decided by binding, final, arbitration by
5  an arbitrator to be mutually agreed upon, under the following terms:

6  1. Except as provided by RCW 7.04A.200, 230 or 240, the decision of the arbitrator shall be final and binding on all parties.

8  2. There shall be no appeal except as permitted under RCW 7.04 et seq.

9  3. The prevailing party shall be entitled to enter judgment thereon upon fifteen (15) days notice to the non-prevailing party.

11 4. Defendant Woodcreek Pediatrics, PLLC, shall be solely responsible for payment of the arbitrator's fees, including preparation and hearing time.

13 5. The parties shall continue to cooperate in disclosure and discovery matters. Discovery shall be governed by the Washington Superior Court Civil Rules. The parties will work together to minimize the amount of formal discovery required. In the event of any discovery dispute, the dispute shall be resolved by the arbitrator.

18 6. The arbitrator shall have 21 days after the close of the arbitration hearing to render a decision in writing and provide the same to the parties.

20 7. The action now pending in the United States District Court for the Western District of Washington at Tacoma under cause no. C07-5318RJB shall be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER FOR BINDING,
NON-APPEALABLE ARBITRATION
Page 2 of 4
cad s:\1xxxx\174xx\17442\1\plead\stip & ord arb.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

## ORDER

IT IS HEREBY ORDERED that in accordance with the above stipulation and Fed. R. Civ. Pro. 39.1, the parties shall arbitrate all issues asserted in any pleadings filed herein including all claims. Except as provided by RCW 7.04A.200, 230 or 240, the decision of the arbitrator agreed to by the parties shall be final and binding as to all issues incident to the matters asserted in this action, including all claims that arise out of the events, transactions and occurrences, alleged in the pleadings filed or to be filed herein including for special, general and punitive damages, costs and attorneys fees. Except as provided above, neither party shall be permitted to demand a *trial de novo* or otherwise appeal or challenge the decision of the arbitrator with respect to any issues.

IT IS HEREBY FURTHER ORDERED that the matter pending in this court is hereby dismissed with prejudice and without costs to any party.

DATED this 6th day of June, 2008.

_____
HON. ROBERT J. BRYAN
United States District Court Judge

Presented by:

**VANDEBERG JOHNSON & GANDARA**

By: _____
H. Andrew Saller, Jr., WSBA #12945
Attorneys for Defendants

STIPULATION AND ORDER FOR BINDING, NON-APPEALABLE ARBITRATION
Page 3 of 4
cad s:\1xxxx\174xx\17442\1\plead\stip & ord arb.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  COPY RECEIVED AND NOTICE
   OF PRESENTATION WAIVED:
2  **DAVIES PEARSON, P.C.**

3
   By: _____
4      Nigel S. Malden, WSB #15643
       Attorneys for Plaintiffs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  STIPULATION AND ORDER FOR BINDING,
    NON-APPEALABLE ARBITRATION
25  Page 4 of 4
    cad:s:\1xxxx\174xx\17442\1\plead\stip & ord arb.doc
26

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052